No. 05–7322. RODRIGUEZ-GASPAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7323. SANCHEZ-CRUZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7324. JIMENEZ-CORDOVA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7337. VALDEZ-PALACIOS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7342. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7343. ZARCHY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7346. JENKINS *v.* UNITED STATES; and
No. 05–7349. MOORE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–7347. LONDON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7348. ORTIZ-CAMERON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7350. CASON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7352. WAITE, AKA ROBERTS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7354. VENTURA ROMANO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–387. LEVINE ET AL. *v.* UNITED HEALTHCARE CORP. ET AL. C. A. 3d Cir. Motion of American Trial Lawyers Association-New Jersey for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 05–7098. BAKER *v.* DEPARTMENT OF JUSTICE. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.